IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE WAKLEY AND DAVID PACIOREK, individually and as guardians ad litem for the minor child K.P., <br><br>    Plaintiffs, <br><br> vs. <br><br> FRONTERA PRODUCE, LTD.; PRIMUS GROUP, INC., d/b/a PRIMUS LABS; ALDI, INC.; and JOHN DOES 1-10; <br><br>    Defendants. | Case No.  1:14-cv-00135 JMS-DML |

## DISMISSAL ORDER

This matter coming to be heard by agreement of the parties, due notice given and the Court being fully advised of the premises:

IT IS HEREBY ORDERED:

That all matters in dispute between the parties herein having been compromised, settled, dismissed or otherwise released, the instant matter, including but not limited to any and all complaints, cross-claims, counter-complaints and/or third party actions for injury, recovery, indemnity, indemnification and/or brought under any other theory of recovery here or in any other forum, shall be and is hereby dismissed with prejudice, without costs, and without leave to refile.  All pending motions, [dkt. 116, 148] should be terminated.

SO ORDERED:

March 13, 2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution: Electronically Registered Counsel.